ORIGINAL

1  NICOLE A. DILLER, State Bar No. 154842
   DONALD P. SULLIVAN, State Bar No. 191080
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: ndiller@morganlewis.com
5
   Attorneys for Defendant
6  THE PEP BOYS -- MANNY, MOE & JACK, INC.

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                                              08 CV 0310 LAB RBB

11 | JOSE MACHADO, individually and on      | Case No.
   | behalf of all other similarly situated, and |
12 | the general public,                     | **NOTICE OF PARTY WITH FINANCIAL INTEREST**
   |                                         |
13 |              Plaintiffs,                |
   |                                         |
14 |        vs.                              |
   |                                         |
15 | THE PEP BOYS -- MANNY, MOE &            |                BY FAX
   | JACK, INC. a Pennsylvania corporation,  |
16 | its predecessors, successors, subsidiaries, |
   | and/or assigns, and DOES 1 through 10,  |
17 | inclusive,                              |
   |                                         |
18 |              Defendants.                |

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7656058.1

NOTICE OF PARTY WITH FINANCIAL INTEREST
(CASE NO. _____)

TO THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF:

Pursuant to Local Rule 40.2 of the Local Rules for the United States District Court of the Southern District of California and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant The Pep Boys – Manny, Moe, & Jack, Inc., certifies that the The Pep Boys – Manny, Moe & Jack, Inc. does not have a parent corporation. No publicly held corporation owns ten percent (10%) or more of The Pep Boys – Manny, Moe & Jack, Inc.'s stock.

Federal Insurance Company is the insurer that provides fiduciary liability coverage for the employee benefit plan at issue in this litigation.

The caption of this document is mandated by local rule and not intended to be substantive in nature.

Dated: February 15, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
Donald P Sullivan
Attorneys for Defendant
THE PEP BOYS -- MANNY, MOE & JACK, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7656058.1

1

NOTICE OF PARTY WITH FINANCIAL INTEREST
(CASE NO. _____)