ORIGINAL

FILED
2008 FEB 15 PM 3:50
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1  NICOLE A. DILLER, State Bar No. 154842
   DONALD P. SULLIVAN, State Bar No. 191080
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: ndiller@morganlewis.com
5
   Attorneys for Defendant
6  THE PEP BOYS -- MANNY, MOE & JACK, INC.

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11 JOSE MACHADO, individually and on        Case No. '08 CV 0310 LAB RBB
   behalf of all other similarly situated, and
12 the general public,                       NOTICE OF RELATED CASES

13                 Plaintiffs,

14         vs.                                Local Rule 40.1(e)

15 THE PEP BOYS -- MANNY, MOE &
   JACK, INC. a Pennsylvania corporation,
16 its predecessors, successors, subsidiaries,
   and/or assigns, and DOES 1 through 10,         BY FAX
17 inclusive,

18                 Defendants.

19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7656036.1                                    NOTICE OF RELATED CASES
                                                  (CASE NO. _____)

TO THE CLERK OF THE ABOVE-TITLED COURT AND TO PLAINTIFF:

PLEASE TAKE NOTICE that, pursuant to Local Rule 40.1(e), Defendant Pep Boys – Manny, Moe, & Jack, Inc. hereby submits that it is aware of the following related case in the United States district courts: *Villegas v. The Pep Boys Manny Moe & Jack of California et al.*, Case Number 2:06-cv-07642-DDP-VBK, removed to United States District Court for the Central District of California on November 30, 2006, from Los Angeles County Superior Court. Defendant is also a defendant in the *Villegas* case, which involves similar questions of law and facts as this case. Assignment to a single district judge would likely save judicial effort on these issues. The Honorable Dean D. Pregerson has entered an order in the *Villegas* case preliminarily approving settlement and certifying a class for purposes of proceeding with settlement. Plaintiff Machado will likely be a member of this class and subject to the settlement terms approved by Judge Pregerson.

Dated: February 15, 2008

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Donald P. Sullivan
Donald P. Sullivan
Attorneys for Defendant
THE PEP BOYS -- MANNY, MOE & JACK, INC.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7656036.1

1

NOTICE OF RELATED CASES
(CASE NO. _____)