1  NICOLE A. DILLER, State Bar No. 154842
   DONALD P. SULLIVAN, State Bar No. 191080
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax: 415.442.1001
   E-mail:  NDiller@morganlewis.com
5             DPSullivan@morganlewis.com

6  Attorneys for Defendant
   THE PEP BOYS – MANNY, MOE & JACK, INC.
7

8  DANIEL FEINBERG, State Bar No. 135983
   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
9  1330 Broadway, Suite 1800
   Oakland, California 94612
10 Tel:    510-839-6824
   Fax:   510-839-7839
11 E-mail: DFeinberg@lewisfeinberg.com

12 Attorneys for Plaintiff
   JOSE MACHADO
13

14                    UNITED STATES DISTRICT COURT

15                    SOUTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| JOSE MACHADO, individually and on behalf of all other similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PEP BOYS -- MANNY, MOE & JACK, INC. a Pennsylvania corporation, its predecessors, successors, subsidiaries, and/or assigns, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:08-cv-00310-LAB-RBB<br><br>**JOINT MOTION TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, AND TO EXTEND TIME TO RESPOND TO COMPLAINT** |

**I.      INTRODUCTION**

Plaintiff Jose Machado ("Plaintiff") and Defendant The Pep Boys – Manny, Moe & Jack, Inc. ("Defendant"), (collectively, the "Parties"), jointly move this Court for an order transferring

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3691156.1

Joint Motion to Transfer and Extend Response Date
CASE NO. 3:08-CV-00310-LAB-RBB

1  this action to the United States District Court, Central District of California, and extending

2  Defendant's time to respond to Plaintiff's Complaint to twenty-one days after the Central District

3  assumes jurisdiction of the case so that the Parties can file a motion to stay the action pending the

4  resolution of a related case venued in the Central District titled *Villegas v. Pep Boys – Manny,*

5  *Moe & Jack of California, et al.*, C 06-07642 DDP-VBK ("*Villegas*").

## II. PROCEDURAL HISTORY

Plaintiff initiated this action by filing a Complaint in the Superior Court of California, County of San Diego, on December 31, 2007. Plaintiff personally served Defendant with the Summons and Complaint on January 17, 2008, and Defendant timely removed the case to this Court on February 15, 2008.

Subsequent to removing the case to this Court, counsel for Defendant telephoned counsel for Plaintiff to apprise him of the fact that a very similar action had been filed against Defendant and others in the U.S. District Court, Central District of California (the *Villegas* action), that the parties had reached a settlement, and that Judge Pregerson had entered an order preliminarily approving the settlement and certifying a settlement class. Based on this information, the Parties agreed that they would move this Court for an order transferring the case to the Central District, and that they would file a Motion to Stay this action in the Central District once the Central District assumes jurisdiction of the case.

The plaintiff in the *Villegas* action alleged on behalf of himself and a class of similarly situated individuals that the defendants failed to pay vacation benefits. Plaintiff makes the same allegation in the instant action. In fact, Plaintiff Machado is a member of the settlement class certified by Judge Pregerson.

## III. RELIEF REQUESTED

Due to the facts that the allegations in the instant case are almost identical to the allegations in the *Villegas* action, and that Plaintiff Machado is a member of the settlement class certified in the *Villegas* action, the Parties seek an order transferring this case to the U.S. District Court, Central District of California. The Parties also seek an order extending Defendant's time to respond to Plaintiff's Complaint to twenty-one days (21) after the Central District assumes

1 | jurisdiction of the case.  This extension is to permit the Parties sufficient time to file a Notice of
2 | Related Case in the Central District so that the case may be assigned to Judge Pregerson and to
3 | file a Motion to Stay the case pending approval of the *Villegas* settlement, which the Parties have
4 | agreed to do.

**IV. CONCLUSION**

For the above stated reasons, the Parties respectfully request that the Court grant their Motion and order that:

1. This case is transferred to the U.S. District Court, Central District of California; and

2. Defendant shall have until twenty-one (21) days after the date the Central District assumes jurisdiction of the case to file a Motion to Stay the case, as the Parties have agreed to do.

3. This Joint Motion is without prejudice to Plaintiff Machado's contention that there is no federal jurisdiction over his claims.

Dated: February 22, 2008                MORGAN, LEWIS & BOCKIUS LLP


                                        By    /S/ Donald P. Sullivan
                                            Nicole A. Diller
                                            Donald P. Sullivan
                                            Attorneys for Defendant


Dated: February 22, 2008                LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


                                        By    /S/ Daniel Feinberg (as authorized on February 22, 2008)
                                            Daniel Feinberg
                                            Attorneys for Plaintiff