1  NICOLE A. DILLER, State Bar No. 154842
   DONALD P. SULLIVAN, State Bar No. 191080
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   E-mail:  NDiller@morganlewis.com
5            DPSullivan@morganlewis.com

6  Attorneys for Defendant
   THE PEP BOYS – MANNY, MOE & JACK, INC.
7

8                        UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11

12  JOSE MACHADO, individually and on          Case No. 3:08-cv-00310-LAB-RBB
    behalf of all other similarly situated, and
13  the general public,                         **CERTIFICATE OF SERVICE**

14                    Plaintiffs,

15           vs.

16  THE PEP BOYS -- MANNY, MOE &
    JACK, INC. a Pennsylvania corporation,
17  its predecessors, successors, subsidiaries,
    and/or assigns, and DOES 1 through 10,
18  inclusive,

19                    Defendants.

20

21       I, Donald P. Sullivan, declare:

22       I am a resident of the State of California and am employed in the City and County of San

23  Francisco, California.  I am over the age of eighteen years, and not a party to the within action.

24  My business address is Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San

25  Francisco, California  94105-1126.

26       On February 22, 2008, I served:

27       **JOINT MOTION TO TRANSFER ACTION TO THE UNITED STATES
         DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, AND TO
28       EXTEND TIME TO RESPOND TO COMPLAINT;** and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                                      Certificate of Service
                                                CASE NO. 3:08-CV-00310-LAB-RBB

**ORDER GRANTING JOINT MOTION TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, AND TO EXTEND TIME TO RESPOND TO COMPLAINT**

on the interested parties in this action by placing true copies thereof, on the above date, enclosed

in a sealed envelope, following the ordinary business practice of Morgan, Lewis & Bockius LLP,

as follows:

> Daniel Mark Feinberg
> Lewis Feinberg Renaker and Jackson
> 1330 Broadway
> Suite 1800
> Oakland, CA 94612-2797

> Aaron D Kaufmann
> Hinton, Alfert & Sumner
> 1646 N. California Boulevard
> Suite 600
> Walnut Creek, CA 94596

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly maintained by Federal Express.

☐ HAND DELIVERY: I caused such document to be served by hand delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 22, 2008, at San Francisco, California.

/S/ Donald P. Sullivan
Donald P. Sullivan

1-PA/3691461.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Joint Motion to Transfer and Extend Response Date
CASE NO. 3:08-CV-00310-LAB-RBB
2