UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MACHADO, individually and on behalf of all other similarly situated, and the general public,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>THE PEP BOYS -- MANNY, MOE & JACK, INC. a Pennsylvania corporation, its predecessors, successors, subsidiaries, and/or assigns, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 3:08-cv-00310-LAB-RBB<br><br>**ORDER GRANTING JOINT MOTION TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, AND TO EXTEND TIME TO RESPOND TO COMPLAINT** |

   For good cause shown, it is herby Ordered that the Parties' Joint Motion to Transfer Action to the United States District Court, Central District of California, and to Extend Time to Respond to Complaint is hereby **GRANTED**.  The Clerk of the Court is hereby instructed to transfer this case to the U.S. District Court, Central District of California.  Additionally, Defendant shall have until twenty-one (21) days after the Central District assumes jurisdiction of

/ / /

/ / /

/ / /

1  the case to respond to Plaintiff's Complaint by filing a Joint Motion to Stay the case pending the
2  resolution of the *Villegas* matter, which the Parties have agreed to file.  This Order is without
3  prejudice to Plaintiff Machado's contention that there is no federal jurisdiction over his claims.

5  **IT IS SO ORDERED.**

6  Dated:  2-26-08

   _____
   Hon. Larry Alan Burns
   U.S. District Judge