PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED

08 MAR -4 PM 4:32

BY: _____ DEPUTY

February 28, 2008

Office of the Clerk
USDC Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Re: Machado, et al v. The Pep Boys, et al., Case No. 08cv0310-LAB(RBB)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By s/ P Perez
    Deputy

RECEIVED ITEMS DESCRIBED
THIS DATE OF 3/3/08
AND ASSIGNED CASE NUMBER CV08-01469 GPS (RCx)

CLERK, U.S. DISTRICT COURT

By: L. Horn , Deputy